Certificate Number: 05781-VAE-DE-023731604

Bankruptcy Case Number: 14-32764



05781-VAE-DE-023731604

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 2, 2014</u>, at <u>9:34</u> o'clock <u>AM PDT</u>, <u>Randy Jones</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:  <u>July 2, 2014</u>

By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>